UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVARDO JOHN BASDEN, | No.  1:26-cv-01647 DAD SCR |
| Petitioner, | |
| v. | ORDER |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | |
| Respondents. | |

Petitioner, an immigration detainee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter has been referred to the undersigned by operation of Local Rule 302(c)(17) and 28 U.S.C. § 636.

A review of the docket shows that petitioner has another immigration habeas petition pending in this judicial district, Basden v. Warden of the Golden State Annex ICE Detention Facility, Case No. 1:26-cv-0123 KES SKO (E.D. Cal.).  The undersigned finds that the petition initiating this case should have been filed as an amended petition in the earlier immigration habeas action.  Accordingly, the undersigned will direct the Clerk of the Court to file the petition as an amended petition in Basden v. Warden of the Golden State Annex ICE Detention Facility, Case No. 1:26-cv-0123 KES SKO (E.D. Cal.), and close this case as opened in error.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1.    The Clerk of Court is directed to file a copy of petitioner's petition for writ of habeas corpus in the present case (ECF No. 1) as a first amended petition for writ of habeas corpus in Basden v. Warden of the Golden State Annex ICE Detention Facility, Case No. 1:26-cv-0123 KES SKO (E.D. Cal.), the earlier-filed immigration habeas action.

2.    Plaintiff's motion to proceed in forma pauperis (ECF No. 2) and motion for appointment of counsel (ECF No. 3) are denied as moot.

3.    The Clerk of the Court is directed to close this case as it was opened in error.

DATED:  March 3, 2026.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE